IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
         Plaintiff,

                          No. 12 CR 1909 WPJ
vs.

AARON ROMERO,
         Defendant.

## NOTICE OF ENTRY OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

      COMES NOW, Erlinda O. Johnson, Esq. and respectfully notifies this Honorable Court, counsel of record for the United States, that she is hereby entering her appearance on behalf of Aaron Romero for all purposes in this case as Mr. Romero's counsel of choice and in substitution of counsel Kenneth Gleria.  See, e.g., *United States v. Gonzales-Lopez,* 548 U.S. 140, 144 (2007).

      Counsel Erlinda O. Johnson respectfully requests that all notices, pleadings and correspondence on behalf of Aaron Romero in this case be delivered to the attention of Erlinda O. Johnson.

                                              Respectfully Submitted,

/s/ Submitted Electronically 8/29/12
Erlinda O. Johnson
Counsel for Aaron Romero
1011 Lomas N.W.
Albuquerque, New Mexico 87102
Phone: (505) 792-4048
Fax: (505) 792-2268

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th of August, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States, and current counsel of record for the Defendant, to be served with a copy of this pleading by electronic means.

/s/ Submitted Electronically 8/29/12
Erlinda O. Johnson